UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANIE L. MCDONALD,

                    Plaintiff,

         -v-

CAPITAL ONE BANK (USA),
NATIONAL ASSOCIATION, et al.,

                    Defendants.

21-CV-328 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on January 14, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than February 11, 2021.

    Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by January 28, 2021.

    SO ORDERED.

Dated: January 19, 2021
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge